Subdivision 5 of Article 642, C.C.P., reads as follows:

"The nature of the defenses relied upon and the facts expected· to be proved in their support shall be stated by defendant's counsel."

██ In the present bill, it is not shown what such counsel had stated to the jury that called for the oral instruction of the court. Verbal charges to the jury are not allowed in felony cases. Art. 663, C.C.P. Under Art. 658, C.C.P., Vernon's Ann. C.C.P. art. 658, the court should set forth in writing the law applicable to the case, "not expressing any opinion as to the weight of the evidence, not summing up the testimony, discussing the facts or using any argument in his charge calculated to arouse the sympathy or excite the passions of the Jufy." It would have been the better practice for the trial court to have made no comment upon the exercise of appellant's right to make such statement to the jury at the proper time, provided, of course, that appellant's attorney had made it plain in such statement that such were the facts he expected to prove. If such was not made plain, then the trial court had the right and duty to hold such a statement within the provisions of Art. 642, supra.

This cause has been carefully scrutinized by all the members of this court, who think the original opinion herein was correct in its reversal, and the motion for a rehearing will therefore be overruled.

HAWKINS, P. J., absent.

## SUMMERS v. STATE.
### No. 23615.

Court of Criminal Appeals of Texas.
March 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is the unlawful possession of liquor in a dry area for the purpose of sale. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. The complaint and information appear to be in due and legal form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.